## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Re: Janie Gordon                                                     Case No 17-12454

### DEBTOR'S OBJECTION TO PROOF OF CLAIM

COMES NOW the Debtor, by and through the undersigned attorney, and files this Debtor's Objection to the Proof of Claim of **United Consumer Financial Services, 855 Bassett Road, Westlake, Ohio 44145** and for cause would show unto this Honorable Court that the debtor is of information and belief that the proof of claim is inaccurate and overstated and debtor demands strict proof thereof. Specifically, the United Consumer Financial Services has stated in the proof of claim a liability in the amount of $164.76 for a secured claim. The debtor would show that the subject indebtedness is a unsecured, non-priority claim for the collateral does not exist anymore.

WHEREFORE PREMISES CONSIDERED, the debtor respectfully requests the Court to enter an Order correcting the proof of claim and for such other and further and general relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 22nd day of September, 2017.

/s/ John M. Sherman
John M. Sherman
Attorney for Debtor
P.O. Box 1900
Clarksdale, MS 38614
662-627-5301
MB# 8807